STATE EX REL. UTILITIES COMM. v. VILLAGE OF PINEHURST

[331 N.C. 278 (1992)]

New trial.

Justice LAKE did not participate in the consideration or decision of this case.

---

STATE OF NORTH CAROLINA EX REL. UTILITIES COMMISSION, PUBLIC STAFF AND REGIONAL INVESTMENTS OF MOORE, INC. v. VILLAGE OF PINEHURST

No. 362PA90

(Filed 22 April 1992)

ON discretionary review pursuant to N.C.G.S. § 7A-31(a) of a decision of the Court of Appeals, 99 N.C. App. 224, 393 S.E. 2d 111 (1990), affirming an order issued on 23 February 1989 by the North Carolina Utilities Commission approving the applications of Regional Investments of Moore, Inc. to acquire the water and sewer franchises of Pinehurst Water Company and Pinehurst Sanitary Company and to mortgage these assets. Heard in the Supreme Court 10 March 1992.

*Hunton & Williams, by Edward S. Finley, Jr., for plaintiff-appellee.*

*DeBank, McDaniel & Anderson, by William E. Anderson, for defendant-appellant.*

PER CURIAM.

Affirmed.